NO. 07-10-0125-CV

 

IN THE COURT OF APPEALS

 

FOR THE SEVENTH DISTRICT OF TEXAS

 

AT AMARILLO

 

PANEL D

 

APRIL 12, 2010

 

______________________________

 

 

IN RE ROBERT WAYNE VEIGEL, ET AL.

RELATOR

 

 

_________________________________

 

ORIGINAL PROCEEDING

ON PETITION FOR WRIT OF MANDAMUS

 

_______________________________

 

Before QUINN, C.J.. and CAMPBELL and PIRTLE, JJ.

ORDER ON MOTION TO STAY UNDERLYING PROCEEDINGS

            Relator,
Robert Wayne Veigel, Individually and in his capacity
as Co-Trustee of the Ardella Veigel
Trust No. 2, seeks an emergency stay of trial proceedings set for April 19,
2010, pending a ruling on his contemporaneously filed Petition for Writ of
Mandamus.  For the reasons to be set
forth in our memorandum opinion to follow, Relator’s
motion is denied.

                                                                                    Per
Curiam